Submitted on record and briefs September 18, conviction affirmed; remanded for resentencing October 28, 1992

## STATE OF OREGON,
*Respondent,*

*v.*

## LAWRANCE DEAN LANIG, JR.,
*Appellant.*

(91010070; CA A73089)

838 P2d 645

Sally L. Avera, Public Defender, and Jesse Wm. Barton, Deputy Public Defender, Salem, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Joseph, Chief Judge, and De Muniz, Judge.

PER CURIAM

## PER CURIAM

The only issue in this appeal is whether the sentencing court erred with respect to the length of the term of post-prison supervision that it imposed on defendant's conviction for second degree robbery. At trial, the parties agreed that the appropriate grid block is 6-F, for which the presumptive disposition is 36 months probation. OAR 253-05-008(1)(c). The sentencing court imposed a dispositional departure of 13 months in prison as well as a 36-month term of post-prison supervision. Defendant does not challenge the departure sentence.

OAR 253-05-002(2)(b) provides a post-prison supervision term of 2 years for a conviction with a crime seriousness ranking of 6. Although it appears from the record that the sentencing court did not intend to depart from the post-prison supervision term prescribed by the rule, it did not enter an amended judgment correcting the error. The state concedes that the sentencing court erred in imposing a 36-month term of post-prison supervision. We accept the concession.

Conviction affirmed; remanded for resentencing.